Teddy M. Kapur (CA Bar No. 242486)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  tkapur@pszjlaw.com
         jnolan@pszjlaw.com

Attorneys for Plaintiff Richard M. Pachulski,
Plan Administrator for Bankruptcy
Estate of Randall William Blanchard

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>RANDALL WILLIAM BLANCHARD,<br>Debtor. | Case No.: 8:14-bk-14105-SC<br>Chapter 11 |
| RICHARD M. PACHULSKI, PLAN ADMINISTRATOR FOR BANKRUPTCY ESTATE OF RANDALL W. BLANCHARD,<br>Plaintiff,<br>v.<br>RANDALL W. BLANCHARD,<br>Defendant. | Adv. Case No.: 8:24-ap-01037-SC<br><br>**STIPULATION RE: SETTLEMENT AND REQUEST TO EXTEND DEADLINES**<br><br>**Status Conference:**<br>Date:    August 28, 2024<br>Time:    11:00 AM<br>Place:   Courtroom 5C<br>         411 Fourth Street<br>         Samta Ana, CA 92701<br>Judge:   Hon. Scott C. Clarkson |

Richard M. Pachulski, Plan Administrator for the Bankruptcy Estate of Randall W. Blanchard, ("Plaintiff"), and Randall W. Blanchard ("Defendant") (collectively, the "Parties") enter into this stipulation which they submit for Court approval based upon the following facts:

1. Plaintiff filed this adversary case on March 15, 2024 (the "Complaint").

2. Pursuant to the *Order Approving Stipulation Extending Deadline For Defendant to Answer The Complaint And Continuing Status Conference* entered on June 13, 2024 [Dkt. No. 8],

4874-3925-6532.2 68704.003

1. the current deadline for Defendant to file a responsive pleading to the Complaint was August 1, 2024 and the status conference was continued to August 28, 2024, at 11:00 a.m., with a status report due 14 days in advance.

3. The Parties have reached a settlement to resolve the litigation referenced in the Complaint which they are in the process of documenting. The settlement will resolve the litigation in its entirety. The latest date under the settlement terms is September 30, 2024, at which time the settlement will be fully effectuated.

4. The Parties desire to extend and adjourn all future dates for approximately seventy-five (75) days in order to allow time for the Parties to document and effectuate the settlement, The litigation would be dismissed immediately therafter.

5. The Stipulation is submitted to conserve costs and judicial resources and is filed in good faith and not for any improper purpose.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to:

6. Extend the Deadline for Defendant to Answer the Complaint through and including October 1, 2024.

7. For an adjournment of any other deadlines as the Court deems just and appropriate under the circumstances.

Date: August __, 2024

By _____
Randall W. Blanchard
In Pro Per

Dated: August 13, 2024      PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ Jeffrey P. Nolan
Jeffrey P. Nolan

Attorneys for Plaintiff Richard M. Pachulski, Plan Administrator for Bankruptcy Estate of Randall William Blanchard

4874-3925-6532.2 68704.003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION REGARDING SETTLEMENT AND REQUEST TO EXTEND DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 13, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Richard M. Pachulski (TR)**    rmp@pszy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 13, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 13, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail
Hon. Scott Clarkson
United States Bankruptcy Court
411 W. Fourth Street, Courtroom 5-C
Santa Ana, CA 92701

Via Email
Randall W. Blanchard
randy@sanddollarpartners.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2024 | Rolanda Mori | /s/ *Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4891-7047-1869.1 68704.003